IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHARLES WALLACE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:08CV374 |
| | § | |
| | § | |
| THE CITY OF PARIS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motions to Dismiss (Dkts. 12, 17, 22 & 23) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants' Motions to Dismiss (Dkts. 12, 17, 22 & 23) are GRANTED, and Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED this 7th day of April, 2009.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE